IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL KNAUSS, | ) |
| | ) Civil Action |
| Plaintiff | ) No. 02-CV-4732 |
| | ) |
| vs. | ) |
| | ) |
| BETHLEHEM HOUSING AUTHORITY, | ) |
| | ) |
| Defendant | ) |

REFERRAL ORDER FOR SETTLEMENT CONFERENCE

NOW, this 2nd day of January, 2003,

IT IS ORDERED that the within matter is referred to United States Magistrate Arnold C. Rapoport to schedule and conduct a settlement conference.

BY THE COURT:

_____
James Knoll Gardner, J.