```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CAROL KNAUSS,                    :    CIVIL ACTION
                                 :    No. 02-04732
    Plaintiff               :
                                 :
vs.                              :
                                 :
BETHLEHEM HOUSING AUTHORITY,     :
                                 :
    Defendant               :

## ORDER

    NOW, this 5th day of February, 2003, upon consideration of the Petition of Counsel to Withdraw Appearance Pursuant to Local Rule 5.1(c), which petition was filed January 21, 2003; it appearing that the within petition is unopposed,[1]

    IT IS ORDERED that the within petition is granted.

    IT IS FURTHER ORDERED that the Clerk of Court shall withdraw the appearance of Attorney Donald P. Russo on behalf of plaintiff.

    IT IS FURTHER ORDERED that on or before February 17, 2003 plaintiff Carol Knauss shall provide the Clerk of Court for the Eastern District of Pennsylvania and defense counsel with an address for service in this matter.

                               BY THE COURT:

                               James Knoll Gardner
                               United States District Judge

---

[1] By letter dated January 31, 2003 addressed to the undersigned, counsel for defendant R. Michael Carr, Esquire, indicated that defendant does not object to the withdrawal of Donald P. Russo, Esquire as counsel for plaintiff. Plaintiff Carol Knauss neither filed any formal objection to the within petition, nor did she indicate any opposition by any informal means to Attorney Russo withdrawing his representation.