```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

CAROL KNAUSS,                         )
                                      )  Civil Action
            Plaintiff                 )  No. 02-cv-04732
                                      )
      vs.                             )
                                      )
BETHLEHEM HOUSING AUTHORITY,          )
                                      )
            Defendant                 )

## HEARING SCHEDULING ORDER

NOW, this 27th day of February, 2003,

IT IS ORDERED that a hearing is scheduled before the undersigned on Wednesday, March 19, 2003 at 9:30 o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, on Petition to Amend Order Allowing Withdrawal of Appearance, filed by petitioners Nuria Sjolund, Esquire and Susan Hutnik, Esquire, which petition was presented February 27, 2003.

IT IS FURTHER ORDERED that not later than seven days before the hearing date each party shall submit to the undersigned[1] a written summary of the issues and of that party's argument, which summary shall not exceed two pages in length.

IT IS FURTHER ORDERED that Attorney Donald P. Russo is directed to appear at the above-referenced hearing as a potential witness, but not as counsel for plaintiff.

---

[1] The memoranda may be forwarded to the undersigned by mail at Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Suite 4701, Allentown, Pennsylvania 18101; by fax at (610) 434-3459; or by e-mail addressed to Chambers_of_Judge_James_Knoll_Gardner@paed.uscourts.gov

   IT IS FURTHER ORDERED that continuances will be granted only in extraordinary circumstances.  Continuance requests shall be signed by one counsel of record for each represented party and by each unrepresented party.  Continuance requests shall be submitted at least ten days prior to the hearing on a form approved by the undersigned.

               BY THE COURT:


                _____
                James Knoll Gardner
                United States District Judge