IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL KNAUSS, | ) |
|     Plaintiff | ) Civil Action<br>) No. 02-CV-04732 |
| vs. | ) |
| BETHLEHEM HOUSING AUTHORITY, | ) |
|     Defendant | ) |

O R D E R

NOW, this 19th day of March, 2003, upon consideration of the oral motion of plaintiff, Carol Knauss, also known as Carol A. Trexler, to reconsider the Order of the undersigned dated February 5, 2003 and filed February 7, 2003 granting the petition of plaintiff's former counsel, Donald P. Russo, Esquire to withdraw as counsel for plaintiff; after hearing held this date; and for the reasons expressed simultaneously on the record,

IT IS ORDERED that the motion is denied.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge