IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL KNAUSS, | ) |
|     Plaintiff | ) Civil Action<br>) No. 02-CV-04732 |
| vs. | ) |
| BETHLEHEM HOUSING AUTHORITY, | ) |
|     Defendant | ) |

<u>O R D E R</u>

NOW, this 19th day of March, 2003, upon consideration of the Petition to Amend Order Allowing Withdrawal of Appearance filed February 28, 2003 on behalf of Nuria Sjolund, Esquire, and Susan Hutnik, Esquire; after hearing held this date; and for the reasons expressed simultaneously on the record,

<u>IT IS ORDERED</u> that the petition is granted,

<u>IT IS FURTHER ORDERED</u> that the Clerk of Court shall mark the appearance of Nuria Sjolund, Esquire and Susan Hutnik, Esquire on behalf of plaintiff withdrawn.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge