```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROL KNAUSS,                       )
                                    )   Civil Action
            Plaintiff               )   No. 02-CV-04732
                                    )
      vs.                           )
                                    )
BETHLEHEM HOUSING AUTHORITY,        )
                                    )
            Defendant               )
```

O R D E R

NOW, this 19th day of March, 2003, upon consideration of the oral motion of plaintiff, Carol Knauss, also known as Carol A. Trexler, to withdraw her Complaint pursuant to Fed.R.Civ.P. 41(a),

IT IS ORDERED that plaintiff's oral request to voluntarily withdraw the Complaint and dismiss the within action, to which there is no objection by defendant, is granted.

IT IS FURTHER ORDERED that the Complaint is withdrawn with prejudice.

IT IS FURTHER ORDERED that the within lawsuit is dismissed.

                                    BY THE COURT:


                                    _____
                                    James Knoll Gardner
                                    United States District Judge